## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**MICHAEL HENRY HEARN**                                        **PETITIONER**

**v.**                                                 **No. 1:20-CV-00097-GHD-JMV**

**MARSHALL TURNER**                                          **RESPONDENT(S)**

### ORDER

Michael Henry Hearn has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 10th day of December, 2020.

                                                      /s/ Jane M. Virden
                                                      UNITED STATES MAGISTRATE JUDGE