IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL HENRY HEARN                                          PETITIONER

v.                                                    No. 1:20CV97-GHD-JMV

STATE OF MISSISSIPPI, ET AL.                                RESPONDENTS

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On December 10, 2020, the court entered an order requiring the petitioner to complete and return the form petition for a writ of *habeas corpus* provided to him within 21 days of the date of that order. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on December 31, 2020. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 15th day of January, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE